**Joe LaBow, by his next friend Isadore LaBow, appellee, v. Royal Drug Company, appellant. Gen. No. 29,625.**

Action for services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Bedinger, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed June 9, 1925.

Julius H. Miner, for appellant; Morris K. Levinson, of counsel. No appearance for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**C. M. Holmes and G. C. Behrens, appellees, v. Hyman Trager, appellant. Gen. No. 29,634.**

Action for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. R. C. Freeman, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 9, 1925.

Perel & Golan, for appellant; Harry Z. Perel, of counsel. Louis J. Jacobson, for appellees.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Sam Golf, appellee, v. George Chialtas and William Chialtas, appellants. Gen. No. 29,655.**

Action for malicious prosecution. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed June 9, 1925.

Brundage & Gorman, for appellants. No appearance for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Singer Paper Box Company, appellee, v. Simplex Corporation, appellant. Gen. No. 29,764.**

Action for work done and materials furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 9, 1925.

George E. Kanary, for appellant. No appearance for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.